# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Taurean J. Goodman , | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | |
| | ) | 1:14-CV-126 |
| | ) | |
| vs. | ) | |
| | ) | |
| NC State Parole Commission et al, | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2014 Order.

July 21, 2014

Frank G. Johns, Clerk
United States District Court